UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00321

**Paul J. Connall,**
*Plaintiff,*

v.

**Warden MTC-ISF, et al.,**
*Defendants.*

## ORDER

Plaintiff Paul Connall, proceeding pro se, filed this civil-rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge John D. Love, who issued a report and recommendation (Doc. 7) concluding that plaintiff's complaint should be dismissed with prejudice for purposes of *in forma pauperis* proceedings pursuant to 28 U.S.C. § 1915(g).

The report and recommendation was returned undeliverable (Doc. 8), and plaintiff has not updated his address with the court or filed objections to the report and recommendation. When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report and being satisfied that it contains no clear error, the court accepts its findings and recommendation. For the reasons stated in the report, plaintiff's complaint is dismissed with prejudice for purposes of *in forma pauperis* proceedings pursuant to 28 U.S.C. § 1915(g). Plaintiff may resume his lawsuit if he pays the entire filing fee of $402 within fifteen days after the entry of the final judgment.

*So ordered by the court on August 14, 2023.*

　　　　　　　　　　　　_____
　　　　　　　　　　　　　　J. CAMPBELL BARKER
　　　　　　　　　　　　　United States District Judge